AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MARK PINNOCK,<br>JUSTIN RICHARDSON, a/k/a "Jay", and<br>MARTIN PINKNEY, a/k/a "Snugglez"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-2135 (MBB) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MARK PINNOCK**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date: March 26, 2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

Honorable Marianne B. Bowler, U.S.M.J.
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
|---|
| Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MARK PINNOCK,<br>JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and<br>MARTIN PINKNEY, a/k/a "Snugglez"<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  14-2135 (MBB) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date: March 26, 2014         *Marianne B. Bowler, USMJ*
                                            *Issuing officer's signature*

City and state:    Boston, Massachusetts        Honorable Marianne B. Bowler, U.S.M.J.
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                *Arresting officer's signature*

                                                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MARK PINNOCK,<br>JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and<br>MARTIN PINKNEY, a/k/a "Snugglez"<br><br>*Defendant* | )<br>)  Case No.  14-2135 (MBB)<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARTIN PINKNEY a/k/a "Snugglez"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors and by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors and by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date:    03/26/2014

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:    Boston, Massachusetts            Honorable Marianne B. Bowler, U.S.M.J.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____            _____<br>                                *Arresting officer's signature*<br><br>                                _____<br>                                *Printed name and title* |