IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>MARK PINNOCK, JUSTIN RICHARDSON, a/k/a "JAY," a/k/a "JAY LOYAL RICHARDSON," and MARTIN PINKNEY, a/k/a "SNUGGLEZ"<br><br>Defendant. | Criminal No. <u>14-2135 (MBB)</u> |

## GOVERNMENT'S MOTION TO UNSEAL
## <u>COMPLAINT</u>

     The United States of America hereby moves this Court to direct that the complaint be unsealed.  In support of this motion, the government states that defendants PINNOCK and PINKNEY were arrested on March 28, 2014, and that there is no further reason to keep the complaint sealed.

                            Respectfully submitted,

                            CARMEN M. ORTIZ
                            United States Attorney

                            By:  <u>/s/Seth B. Kosto</u>
                            SETH B. KOSTO
                            Assistant U.S. Attorney
                            Date:  March 28, 2014