UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARK PINNOCK, )<br>JUSTIN RICHARDSON, and )<br>MARTIN PINKNEY, )<br>)<br>Defendants. ) | Crim. No. 14-10179 (NMG) |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

### June 26, 2014

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The respective defendants have each reached an agreement in principal for the possible resolution of this matter (which was initiated by a criminal complaint in United States v. Pinnock et al., 14-2135 (MBB) and has since by charged in the Information filed in the above-referenced matter), by plea agreements that would obviate the need for indictments, and the requested continuance of the time in which an indictment must be filed will permit the scheduling of Rule 11 hearings in the matter commenced by the Information. Such agreements, in conjunction with pre-indictment pleas, may work to the respective defendants' benefits.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from June 20, 2014 and including July 18, 2014 from the speedy trial clock, outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the

*Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment must be filed is continued to July 18, 2014; and (2) the period from June 20, 2014 through and including July 18, 2014 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

    /s/ Nathaniel M. Gorton
**HONORABLE NATHANIEL M. GORTON**
**UNITED STATES DISTRICT JUDGE**