UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                          DOCKET NO. 14-10179 (NMG)

JUSTIN RICHARDSON

MOTION TO CONTINUE

NOW COMES the defendant, Justin Richardson, by and through counsel, and hereby moves this Court to continue his July 17, 2014, Rule 11 Hearing to a later date.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on July 17, 2014 at 2:30 p.m. for his Rule 11 Hearing;

2. That the defendant contacted the undersigned counsel and indicated he needed additional time to decide whether he wished to enter a plea on the above entitled matter and asked that the Rule 11 hearing scheduled for July 17, 2014 be rescheduled to a later date.

3. That the United States Attorney's Office takes no position on this Motion.

4. In addition, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from July 18 through July 28, 2014, and from August 1 through August 18, 2014.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Justin Richardson,
By his Attorney,

Date: July 16, 2014                                /S/Paul J. Garrity_____
                                                            Paul J. Garrity
                                                            14 Londonderry Road
                                                            Londonderry, NH 03503
                                                            603-434-4l06

Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 16th day of July, 2014, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Justin Richardson.

/S/Paul J. Garrity_____
Paul J. Garrity