Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

Rec'd in open Court. 8/11/14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. **14-10179 (NMG)** |
| ) | |
| JUSTIN RICHARDSON ) | |

## WAIVER OF INDICTMENT

I, Justin Richardson, the above-named defendant, who is accused of sex trafficking of a minor in December 2013 in violation of 18 U.S.C. § 1591, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on August 11, 2014 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Justin Richardson_
Justin Richardson

_Paul Garrity_
Paul Garrity, Esq.
Counsel to Justin Richardson

Before: _____
HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

August 11, 2014