UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                         DOCKET NO. 14-10179 (NMG)

JUSTIN RICHARDSON

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Justin Richardson, by and through counsel, and hereby moves this Court to continue his November 14, 2014, Sentencing Hearing to a later date.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on November 14, 2014, at 3:00 p.m. for his Sentencing Hearing;

2. That the undersigned counsel is scheduled for a Trial at the 10th Circuit/District Division/Derry Court, State v. C. Harris;

3. That the United States Attorney's Office has no objection to this motion to continue.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion to Continue Sentencing.

Respectfully submitted,
Justin Richardson,
By his Attorney,

Date:  October 22, 2014                        /S/Paul J. Garrity_____
                                               Paul J. Garrity
                                               14 Londonderry Road
                                               Londonderry, NH 03503
                                               603-434-4l06
                                               Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 22nd day of October, 2014, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Justin Richardson.

/S/Paul J. Garrity
Paul J. Garrity