UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                          DOCKET NO. 14-10179 (NMG)

JUSTIN RICHARDSON

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Justin Richardson, by and through counsel, and hereby moves this Court to continue his December 9, 2014, Sentencing Hearing to a later date.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on December 9, 2014, at 3:30 p.m. for his Sentencing Hearing;

2. That the undersigned counsel is scheduled for a Trial at the 9th Circuit/District Division/Manchester Court, in State v. A. Rood, on December 9, 2014. The undersigned counsel filed a motion to continue this trial on November 3, 2014, that was assented to by the prosecutor, but the complaining witness objects to the continuance. (In the 9th Circuit/District Division/Manchester Court, the position of the complaining witness in domestic violence cases is considered when ruling on a motion to continue)  No ruling has been issued as of this writing with regard to the motion to continue;

3. In addition, funds were authorized by this Court to have a psychologist evaluate Mr. Richardson for sentencing purposes.  Dr. Eric Mart agreed to conduct the evaluation but because of logistical issues with Dr. Mart's schedule and obtaining authorization from the Wyatt Detention Facility for Dr. Mart to enter the jail to conduct the evaluation, Dr. Mart

has not yet conducted the evaluation. (Dr. Mart has led the undersigned counsel to believe it will be this week);

4. The undersigned counsel is scheduled to commence a trial at the U.S. District Court, District of Massachusetts on January 5, 2015, in US v. K. Belin, this trial is expected to last 3 to 4 days.  Judge Saylor said this trial session will run from 9:00 a.m. to 1:00 p.m.

5. The undersigned counsel has prepaid vacation plans out of the State of New Hampshire from January 14, through January 29, 2015, from February 20 through March 1, 2015 and from April 24 through May 3, 2015;

6. That the United States Attorney's Office has no objection to this motion to continue.

WHEREFORE, the accused respectfully requests that this Court grant the within Assented to Motion to Continue Sentencing.

                                                          Respectfully submitted,
Justin Richardson,
By his Attorney,

Date:  December 2, 2014                    /S/Paul J. Garrity
                                                          Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503
603-434-4l06
Bar No.555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2nd day of December, 2014, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Justin Richardson.

                                                          /S/Paul J. Garrity
                                                          Paul J. Garrity