FILED
IN CLERKS OFFICE
2016 JUN 30  PM 12 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

dear court clerk

57852-037

My name is Justin Richardson #5 my case number is 1:14 CR 10179-1-NMG. i am writing you because i am Requesting for a copy of my sentencing minutes. i am looking over my case. i do not have no outside support to pay for a copy. i have ask my attorney (paul garrity) for all my legal papers but he never replied back to my request. i tried writing him about my direct appeal. i did not get no response. i have a copy of the letter i sent him. i am trying to see if i have any appeals. if you can, can you please send me a copy of my sentencing minutes also can you give me a update on my case. for as any appeals.

can you please reply

please and thankyou

My case number
1:14 CR 10179-1-NMG

Treated as a motion for a transcript of the sentencing hearing at government expense and motion allowed.

/s/ NMGorton, USDJ 7/15/16